

**U.S. Department of Justice**

United States Attorney' Office
District of New Jersey
*Civil Division*

---

*Margaret Ann Mahoney*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*          *direct: (973) 645-2761*
*Newark, NJ 07102*                      *fax:    (973) 297-2010*
*Margaret.ann.mahoney@usdoj.gov*

August 3, 2026

**BY ECF**
Honorable Michael E. Farbiarz, U.S.D.J
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 0710

> **Re: *Raihan v Soto*, No. 26-9769 (MEF)**
> **Request for *Nunc Pro Tunc* Extension to file ICE Declaration**

Dear Judge Farbiarz:

This Office represents Respondents in this habeas matter. We write to respectfully request a four hour and thirty-three minute extension of time to respond to Your Honor's August 2, 2026, Text Order, *nunc pro tunc*, from 1:00 p.m. to 5:33 p.m. on August 3, 2026.

On August 2, 2026, Your Honor Ordered Respondents to file with the Court two declarations- one from the Chief of the Civil Division at the United States Attorney's Office for the District of New Jersey and the other from an ICE representative informing the Court that ICE was given written legal advice on the subject of ICE's obligation to comply with this Court's Order. ECF No. 3. In addition, Your Honor ordered Respondent to file the two declarations by August 3, 2026, at 1:00p.m. *Id.* Please be advised that the written legal advice was provided to ICE in accordance with this Court's Order and the Declaration of the Civil Chief was timely filed. However, the ICE Declaration was not filed with the Court until 5:33 p.m. on August 3, 2026- four hours and thirty-three minutes late. We apologize to the Court and Petitioner for our late filing of the ICE Declaration, which resulted from the overwhelming number of Habeas Petitions this Office is currently handling.

We thank the Court for its continued attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:    *s/ Margaret Ann Mahoney*

MARGARET ANN MAHONEY
Assistant United States Attorney
*Attorneys for Respondents*

cc:     Counsel of record (by ECF)

**SO ORDERED**.

_____
Michael E. Farbiarz, U.S.D.J.
Date:  8/4/26

2